IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES MASSEY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 06-CV-4007-JPG |
| ) | |
| ERNEST SEELY, ) | |
| ) | |
| Defendant. ) | |

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This matter having come before the Court upon plaintiff's notice of dismissal and the Court having found that plaintiff has voluntarily dismissed this action,

**IT IS ORDERED AND ADJUDGED** that all claims by plaintiff James Massey against defendant Ernest Seely in this case are **DISMISSED without prejudice.**

DATE: March 30, 2006

**NORBERT G. JAWORSKI, CLERK**

By: **s/Judith Prock, Deputy Clerk**


APPROVED:  /s/ J. Phil Gilbert
          J. PHIL GILBERT
          U.S. District Judge